1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Matthew J. Vanis (SBN: 210706)
   mvanis@shb.com
3  SHOOK, HARDY & BACON LLP
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile:  949-475-0016
6
7  Attorneys for Defendant
   Boston Scientific Corporation
8
9  Alan S. Lazar (SBN: 125820)
   alazar@marlinsaltzman.com
10 Bradley R. Fagnani (SBN: 261330)
   bfagnani@marlinsaltzman.com
11 MARLIN SALTZMAN LLP
   29800 Agoura Road, Suite 210
12 Agoura Hills, California 91301
   Telephone: 818-991-8080
13 Facsimile:  818-991-8081

14 Attorneys for Plaintiff Mercie Flores

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCIE FLORES, | Case No. 1:19-cv-00581-AWI-SAB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Plaintiff Mercie Flores and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote judicial and party efficiency. The parties have agreed upon the following supplemental

discovery:

- Collection of updated medical records
- Deposition of plaintiff
- Deposition of Dr. Stewart Mason
- Deposition of Dr. Robert E. Curry

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019  Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
    Eva M. Weiler
    Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019  Respectfully submitted,

MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
    Alan S. Lazar
    Bradley R. Fagnani
Attorneys for Plaintiff Mercie Flores

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019  _____
    SENIOR DISTRICT JUDGE